Brandon R. McKelvey (SBN 217002)
Email: brandon@medinamckelvey.com
Rabindra M. David (SBN 274504)
Email: rabi@medinamckelvey.com
MEDINA McKELVEY LLP
925 Highland Pointe Drive, Suite 300
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile:  (916) 742-5488

*Attorneys for Defendant*
AMERICAN PACIFIC MORTGAGE
CORPORATION D/B/A PREFERRED RATE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARMAN AVEDYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMERICAN PACIFIC MORTGAGE CORPORATION D/B/A PREFERRED RATE, a California corporation,<br><br>Defendant. | **CASE NO.: 2:21-cv-00089-JAM-CKD**<br><br>**DEFENDANT AMERICAN PACIFIC MORTGAGE CORPORATION D/B/A PREFERRED RATE'S AMENDED CORPORATE DISCLOSURE STATEMENT**<br><br>Action Filed:        January 18, 2021 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Defendant American Pacific Mortgage Corporation d/b/a Preferred Rate is owned by APMC Financial Holding Corp. APMC Financial Holding Corp. is not a publicly-held corporation and no other publicly-held corporation owns 10% of more of the stock of American Pacific Mortgage Corporation d/b/a Preferred Rate.

Dated: March 31, 2021        MEDINA McKELVEY LLP

By: /s/ Rabindra M. David. _
RABINDRA M. DAVID
Attorneys for Defendant
AMERICAN PACIFIC MORTGAGE
CORPORATION D/B/A PREFERRED RATE