**SHAMIS & GENTILE, P.A.**
Joshua Moyer, Esq. (CA Bar No. 259908)
401 W A Street, Suite 200
San Diego, CA 92101
Telephone: 305-479-2299
jmoyer@shamisgentile.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| ARMAN AVEDYAN, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> vs. <br><br> AMERICAN PACIFIC MORTGAGE CORPORATION D/B/A PREFERRED RATE, a California corporation, <br><br> *Defendant*. | Case No. 2:21-cv-00089-JAM-CKD <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Arman Avedyan, and Defendant, American Pacific Mortgage Corporation d/b/a Preferred Rate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Arman Avedyan, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

3. Each party to bear its own attorneys' fees and costs.

Dated: April 28, 2021

Respectfully submitted,

By: */s/ Joshua Moyer*
**SHAMIS & GENTILE, P.A.**
Joshua Moyer, Esq. (CA Bar No. 259908)
401 W A Street, Suite 200
San Diego, CA 92101
Telephone: 305-479-2299
jmoyer@shamisgentile.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Proposed Class*

By: */s/ Rabindra M. David*
Rabindra M. David
**Medina McKelvey LLP**
925 Highland Pointe Dr.
Suite 300
Roseville, CA 95678
916-960-2211
rabi@medinamckelvey.com

*Counsel for the Defendant*

2
**JOINT STIPULATION OF DISMISSAL**

## ORDER

The foregoing stipulation of the parties is accepted and approved. All claims of the Plaintiff, Arman Avedyan, individually, are hereby dismissed with prejudice. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____

JUDGE

UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Joshua Moyer*
**SHAMIS & GENTILE, P.A.**
Joshua Moyer, Esq. (CA Bar No. 259908)
401 W A Street, Suite 200
San Diego, CA 92101
Telephone: 305-479-2299
jmoyer@shamisgentile.com

**JOINT STIPULATION OF DISMISSAL**